**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR COMPANY, *et. al.*,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:14-cv-1837-TSC |

**NOTICE OF APPEARANCE OF COUNSEL**

To the Clerk of Court, the parties, and their counsel of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for defendants Hyundai Motor Company, Hyundai Motor America, and Hyundai America Technical Center, Inc.

Dated: December 12, 2014

Respectfully submitted,

/s/ Justin A. Savage

Adam M. Kushner (Bar No. 426344)
Justin A. Savage (Bar No. 466345)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600
adam.kushner@hoganlovells.com
justin.savage@hoganlovells.com

*Counsel for Hyundai Motor Company,*
*Hyundai Motor America, and*
*Hyundai America Technical Center, Inc.*